## IN THE SUPREME COURT OF PENNSYLVANIA
### EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA     :    No. 24 EM 2023

          v.                         :

LARRY L. BELL                     :

PETITION OF: GEORGE YACOUBIAN,    :
JR., ESQUIRE                     :

### ORDER

**PER CURIAM**

**AND NOW,** this 5th day of September, 2023, in consideration of the Motion to Withdraw as Counsel, this matter is REMANDED to the Court of Common Pleas of Philadelphia County to determine whether to permit Attorney George Yacoubian to withdraw. *See* Pa.R.Crim.P. 904 (providing that PCRA counsel's appointment continues through all avenues of appeal, including allocatur review); *see also* Pa.R.Crim.P. 120 (specifying that appointed counsel may not withdraw absent leave of court). In the event Attorney Yacoubian is permitted to withdraw, the Court of Common Pleas of Philadelphia County is to resolve any related questions, including whether Larry L. Bell is entitled to appointment of another counsel on allocatur review.

The Court of Common Pleas of Philadelphia County is DIRECTED to enter its order on remand within 90 days and to promptly notify this Court of its decision.